STATE OF NEW JERSEY v. ALFRED TREMBLAY.

June 4, 1975. Petition for certification denied.

KENNETH A. GEWERTZ v. THE JOINT LEGISLATIVE
COMMITTEE ON ETHICAL STANDARDS.

June 4, 1975. Petition for certification denied. (See 132
*N. J. Super.* 435)

STATE OF NEW JERSEY v. ARTHUR LEE HARRIATT.

June 4, 1975. Petition for certification denied.

KELLY MURPHY v. MOORESVILLE MILLS.

June 4, 1975. Petition for certification denied. (See 132
*N. J. Super.* 197)

STATE OF NEW JERSEY v. JOHN R. CARTER.

June 4, 1975. Petition for certification denied.

MOHAWK THEATRES, LTD. v. WILLIAM F. HYLAND.

June 4, 1975. Petition for certification denied.